# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BLACK CARD LLC D/B/A LUXURY CARD,<br><br>    Plaintiff,<br><br>    vs.<br><br>VISA INC., VISA U.S.A., INC., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendants. | Case No: 17-cv-960 |

## Notice of Voluntary Dismissal Without Prejudice

Please take notice that this action is dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  February 8, 2018         **COHEN MILSTEIN SELLERS & TOLL PLLC**

                                                      */s/ Laura Alexander*

                                                    Laura Alexander

                                                    1100 New York Ave. NW, Suite 500
                                                    Washington, DC 20005
                                                    Telephone: (202) 408-4600
                                                    Fax: (202) 408-4699
                                                    lalexander@cohenmilstein.com
                                                    *Attorney for Plaintiff Black Card LLC*
                                                    *d/b/a/ Luxury Card*